UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 20-44895 |
| JAMES WORTHAM-THOMAS, IV, and SHEKINAH THOMAS, | Chapter 7 |
| Debtors. | Judge Thomas J. Tucker |
| _____/ | |
| DANA WATTLEY, as Administratrix of the Estate of Anderson David C. Biggers, Jr., | |
| Plaintiff, | Adv. Pro. No. 20-04352 |
| v. | |
| JAMES WORTHAM-THOMAS, IV, | |
| Defendant. | |
| and | |
| JAMES WORTHAM-THOMAS, IV, and SHEKINAH THOMAS, | |
| Plaintiffs, | |
| v. | |
| DANA WATTLEY, as Administratrix of the Estate of Anderson David C. Biggers, Jr., | |
| Defendant. | |
| _____/ | |

**ORDER DENYING MOTION TO IMPOSE
A CONSTRUCTIVE TRUST, ETC. (DOCKET # 82)**

This adversary proceeding is before the Court on the motion filed by Defendant James

Wortham-Thomas, IV and Shekinah Thomas, entitled "Motion to Impose a Constructive Trust

Upon Any Proceeds of Plaintiff Dana Wattley's Federal Lawsuit in the United States District

Court for the Western District of North Carolina and For Appointment of a Special

Conservator/Special Trustee to Oversee and Pursue the Rights of the Counter-Plaintiffs" (Docket # 82, the "Motion"). The Plaintiff filed a response, objecting to the Motion (Docket # 90). The Court concludes that a hearing on the Motion is not necessary, and that the Motion must be denied.

This Motion is premised on the pendency of the amended counterclaims, contained in the "Amended Counter-Complaint" filed by the movants (Docket # 58, the "amended counterclaims"). Today the Court has filed an Order dismissing the amended counterclaims (Order, Docket # 93). Such dismissal makes the present Motion moot.

For this reason,

IT IS ORDERED that the Motion (Docket # 82) is denied.

**Signed on March 4, 2021**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge